# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| VINCENT LAMONT GAILLIARD | ) | |
| | ) | Criminal No: <u>2:25-cr-259-BHH-1</u> |
| IN RE: THE STATE OF SOUTH CAROLINA | ) | |
| | ) | |
| PETITIONER, | ) | |
| VS. | ) | |
| | ) | ORDER ON WRIT OF HABEAS |
| VINCENT LAMONT GAILLIARD | ) | CORPUS AD PROSEQUENDUM |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| TO:   UNITED STATES MARSHAL | ) | |
| DISTRICT OF SOUTH CAROLINA | ) | |

This matter appears before this Court by way of motion of the Defendant after a request from the State of South Carolina through a duly appointed representative of the Solicitor's office for the Ninth Judicial Circuit. The State moves this Court to order the temporary transfer the above-named Defendant from federal custody to the custody of the Sheriff of the Berkeley County or a duly appointed representative for the purpose of bond hearings on State matters pending in Berkeley County against Vincent Lamont Gailliard.

**IT APPEARS THAT** the above-named Defendant is currently being detained by the United States Marshal Service at the Charleston County Detention Center in Charleston, South Carolina pending disposition of his federal charges, Case Number: 2:25-cr-002590BHH-1.

**IT APPEARS THAT** the above-named Defendant is required by the State of South Carolina for a hearing in the matter of State of South Carolina v. Vincent Lamont Gailliard scheduled on **Thursday, July 9, 2026 at 1:30 P.M. at the Berkeley County Courthouse at 300 B California Avenue in Moncks Corner, Berkeley County,** to tentatively plead on a waiver to Assault and Battery 1st Degree, indictment waiver #2026-GS-08-02146 based on two currently pending warrants for Criminal Sexual Conduct First Degree (2025A0810200385, 2025A0810200386).

**IT FURTHER APPEARS** that the State of South Carolina requires the above-named Defendant to be released to the custody of the Sherriff of Berkeley County or his duly appointed representative on **July 9, 2026,** and returned by the same date, at the State's expense, to federal custody at the Charleston County Detention Center at the completion of the bond hearings in the State case of State of South Carolina vs. Vincent Lamont Gailliard referenced above.

**IT IS FURTHER ORDERED** that this shall not affect or alter any date(s) or time(s) that the Defendant is designated to appear before the District Court of the United States, District of South Carolina or in any other District Court of the United States.

1

**AND IT IS SO ORDERED.**

_Bruce H. Hendricks_

THE HONORABLE BRUCE HOWE HENDRICKS

UNITED STATES DISTRICT JUDGE

Dated: June 15, 2026

Charleston, South Carolina